SEALED

FILED
SEP 1 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW-00575 CKD |
|---|---|
| Three USPS Priority Mail Parcels, delivered to the U.S. Post Office branch located at 24438 Santa Clara Street, Hayward, CA 94544, by Joshua Szlachciuk, and shipped on September 6, 2016 | SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 9/14/2016

Hon. Carolyn K. Delaney
United States Magistrate Judge

SEALING ORDER      1