1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

SEALED   FILED
JAN - 9 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING: <br><br> THREE USPS PRIORITY MAIL PARCELS, DELIVERED TO THE U.S. POST OFFICE BRANCH LOCATED AT 24438 SANTA CLARA STREET, HAYWARD, CA 94544, BY JOSHUA SZLACHCIUK, AND SHIPPED ON SEPTEMBER 6, 2016 | CASE NO. 2:16-SW-0575-CKD <br><br> ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1-9-2017

Hon. Edmund F. Brennan
United States Magistrate Judge

ORDER TO UNSEAL SEARCH WARRANT